UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN HAIRSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00409-JRS-MKK |
| | ) |
| KAISER ALUMINUM WARRICK, LLC, | ) |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

On October 20, 2025, after Plaintiff's former counsel filed a motion to withdraw appearance, the Court scheduled an *ex parte* telephonic status conference to discuss the motion. (Dkt. 32). At the conference, counsel confirmed that they had informed Plaintiff of the conference and provided the call-in information, but Plaintiff failed to appear as ordered. (*Id.*). The Court then scheduled a telephonic show cause hearing and status conference for November 6, 2025, and ordered Plaintiff to appear to explain his absence at the October 20th conference. (*Id.*). The Order also advised Plaintiff that failing to appear for scheduled conferences or comply with Court orders can result in sanctions, including dismissal of the action. (*Id.*).

Plaintiff again failed to appear at the November 6 conference. (Dkt. 34). At that conference, Plaintiff's Counsel confirmed that they had informed Plaintiff of the conference, as instructed in Docket No. 32. (Dkt. 34). The Court also noted that a copy of Docket No. 32 had been mailed to Plaintiff. (Dkt. 34). The Court granted

Plaintiff's counsel motion to withdraw and ordered Plaintiff to show cause why he should not be sanctioned for failing to appear for the October 20, 2025, and November 6, 2025, conferences, by December 3, 2025. (*Id.*). The Court again reminded Plaintiff that failing to appear for scheduled conferences or comply with Court orders can result in dismissal of the action. (*Id.*). Plaintiff failed to respond.

The Court then set the matter for an in-person show cause hearing on January 5, 2026. (Dkt. 36). The Court ordered Plaintiff to appear in person and explain why sanctions should not be issued for his failure to respond to the November 6, 2025, show cause order. (*Id.*). Once more, the Court informed Plaintiff of the importance of complying with court orders and appearing for all scheduled conferences. (*Id.*). The Court noted that Federal Rules of Civil Procedure 16(f) and 41(b) explain that a failure to comply with court orders, participate in discovery, or appear for conferences may result in sanctions, up to and including dismissal of the case. (*Id.*). But Plaintiff did not appear for the January 5. 2026, hearing. (Dkt. 37). At said hearing, Defendant orally moved to dismiss the case for failure to prosecute, and the Court took the motion under advisement. (*Id.*).

Due to Plaintiff's repeated failure to comply with the Court's orders and participate in this case, the Magistrate Judge recommends to the District Judge that Defendant's oral motion to dismiss the case be **GRANTED** and this complaint be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So **RECOMMENDED**.

Date: 01/13/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

STEVEN HAIRSTON
726 Irvin Avenue
Evansville, IN 47715

Greer Glover
Jackson Lewis P.C.
greer.glover@jacksonlewis.com

Michael W. Padgett
Jackson Lewis P.C.
michael.padgett@jacksonlewis.com