UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN HAIRSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00409-JRS-MKK |
| | ) |
| KAISER ALUMINUM WARRICK, LLC, | ) |
| | ) |
| Defendant. | ) |

**Order Adopting Report and Recommendation**

On January 13, 2026, the Magistrate Judge issued a Report and Recommendation, (ECF No. 38), recommending that due to Plaintiff's repeated failure to comply with the Court's orders and participate in this case, Defendant's oral motion to dismiss the case be granted and the Complaint be dismissed without prejudice. The Report and Recommendation was sent to the mailing address on file for Plaintiff. (ECF No. 38 at 3.)

As of this date, no objection to the Report and Recommendation has been filed. Upon reviewing the entire record and the Report and Recommendation, the Court adopts the Magistrate Judge's Report and Recommendation in part, grants Defendant's motion to dismiss, and dismisses the Complaint with prejudice. Plaintiff's several failures to appear as ordered by the Magistrate Judge and failure to prosecute this action justifies dismissal with prejudice. The Clerk shall enter final judgment and close this case.

**SO ORDERED**.

Date: 2/11/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Magistrate Judge M. Kendra Klump

STEVEN HAIRSTON
726 Irvin Avenue
Evansville, IN 47715

Amber K. Boyd
Amber Boyd Attorney at Law
amber@amberboydlaw.com

Greer Glover
Jackson Lewis P.C.
greer.glover@jacksonlewis.com

Michael W. Padgett
Jackson Lewis P.C.
michael.padgett@jacksonlewis.com

Stephen Rollins, II
Amber Boyd Law
stephen@amberboydlaw.com